IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-01068-WDM-MEH

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC., et al.,

    Defendants.

_____

**ORDER**
_____

This matter is before me on the plaintiff's failure to comply with the May 30, 2007 minute order requiring that plaintiff refile his complaint in accordance with D.C.Colo.LCivR 10.1E. The plaintiff has failed to do so. Accordingly, it is ordered:

1. Plaintiff's complaint is stricken.

2. Plaintiff shall show cause on or before June 26, 2007, why this matter should not be dismissed without prejudice by reason of the plaintiff's failure to comply with this court's local rules and my order.

DATED at Denver, Colorado, on June 12, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL