IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01068-WDM-MEH

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 14, 2007.**

    Defendants' (Permian Basin Railways, Inc. and Iowa Pacific Holdings, Inc.) Motion for Leave to File Answer After the Court Rules on Their Partial Motion to Dismiss [filed July 23, 2007; doc #25] is **denied**. Although some support exists in other jurisdictions for allowing an answer to be filed after a ruling on a motion for partial dismissal, this Court finds that the interests of justice and economy would be better served by the filing of a partial answer. Certain claims are not addressed by the Motion to Dismiss in this case. No motion to stay discovery has been filed in this matter. Discovery should proceed with an answer in place as to those claims not subject to the motion for partial dismissal. Therefore, Defendants are **ordered** to file an Answer or other responsive pleading regarding all claims not addressed in the Motion to Dismiss Counts IV and V of the Amended Complaint on or before August 24, 2007.