IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01068-WDM-MEH

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 13, 2007.**

    The Joint Stipulated Motion for Protective Order [filed November 13, 2007; doc #39] is **granted**. The Protective Order will be filed contemporaneously with this Order.