IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01068-WDM-MEH

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

    For good cause shown, Plaintiff's Consented (unopposed) Motion for Modification of Scheduling Order [filed December 14, 2007; doc #43] is **granted**. The Scheduling Order in this matter will be amended as follows:

| | |
|---|---|
| Expert Designation deadline: | January 21, 2008 |
| Rebuttal Expert Designation deadline: | February 25, 2008 |

All other deadlines and conference dates shall remain the same.