IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01068-WDM-KMT

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

---

## MINUTE ORDER

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

The "Second Consented Motion for Modification of Scheduling Order" (#53, filed 1/22/08) is DENIED. The proposed settlement conference date of March 11, 2008 at 10:00 a.m. is unavailable on the court's calendar. Counsel is directed to re-file motion with multiple dates for the court's consideration. In the event the court is unavailable on those dates, the court will set a date convenient for the court.

Dated: January 25, 2008