IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01068-WDM-KMT

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

---

**ORDER**

---

This matter is before the court on Plaintiff's "Fourth Consented Motion for Modification of Scheduling Order" [Doc. No. 69, filed March 12, 2008]. The court having otherwise being fully advised hereby

ORDERS:

1. The "Fourth Consented Motion for Modification of Scheduling Order" [Doc. No. 69] is GRANTED.

    a. The March 28, 2008 Settlement Conference was vacated by Minute Order on March 12, 2008 and reset to April 28, 2008. That Settlement Conference is VACATED. The Settlement Conference is reset to **June 23, 2008 at 10:30 a.m.**

b. The discovery cut-off date is extended to and including July 15, 2008.

c. The dispositive motions deadline date for filing is extended to and including August 15, 2008.

Dated this 18th day of March, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge