IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01068-WDM-KMT

BRIAN MATTHEW CUTTER,

    Plaintiff,

v.

RAILAMERICA, INC.,
PERMIAN BASIN RAILWAYS, INC., and
IOWA PACIFIC HOLDINGS, LLC,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Status Report and Motion to Vacate Settlement Conference" (#87, filed June 19, 2008) is **GRANTED**. The Settlement Conference set for June 23, 2008 is hereby **VACATED.** Parties are **ORDERED** to submit a motion to dismiss on or before June 30, 2008.

Dated: June 19, 2008